# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ILYA PIKUS,

     Plaintiff,

v.                                                                CASE NO.: 8:25-cv-00901

LIGHT BULB DEPOT OF TAMPA.
LLC, a Florida Limited Liability
Company

     Defendant.

_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, LIGHT BULB DEPOT OF TAMPA, LLC,  A FLORIDA LIMITED LIABILTY COMPANY, or ("Defendant") by and through undersigned counsel, and pursuant to 28 U.S.C. §1331, and Local Rules of the Unites States District Court for the Middle District of Florida, hereby files this Notice of and Petition for Removal ("Petition for Removal"). Defendant hereby requests this Court remove this action filed by the Plaintiff, ILYA PIKUS ("Plaintiff"), from the Twelfth Judicial Circuit in and for Sarasota County, Florida to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this action is based on the following:

## Background

1.     On March 18, 2025, Plaintiff filed a three-count Complaint in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, under the name and styled *ILYA PIKUS V. LIGHT BULB DEPOT OF TAMPA. LLC, a Florida Limited Liability Company* (hereinafter the "Circuit Court Case").

2.     Plaintiff's First Complaint in the Circuit Court Case alleges employment related claims arising out of his former employment with Defendant, wherein he alleges in Count I: hostile work environment in violation of Section 1981, Count II: racial discrimination in violation of section 1981, and Count III: retaliation in violation of section 1981.

3.     This action is within the original jurisdiction of the United States District Court, pursuant to 28 U.S.C. §1331, as Plaintiff's claims under 42 U.S.C. 1981, arise under the laws of the United States. *See* 28 U.S.C. § 1331.

### Venue

4.     The United States District Court for the Middle District of Florida includes Circuit Court in Sarasota County, Florida, the judicial circuit in which Plaintiff filed his Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. §1446(a).

5.     Defendant provided Plaintiff and the Clerk of the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida with written notice of the filing of this Notice of Removal.

## Compliance with Procedural Requirements

6.      Defendant, LIGHT BULB DEPOT OF TAMPA. LLC, a Florida Limited Liability Company, was served with the Complaint on March 21, 2025. This Notice of and Petition for Removal has been filed within thirty days after service of the Complaint in the Circuit Court Case. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. §1446(b).

7.      Copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file with the Circuit Court Case are being filed with this Court along with this Notice of and Petition for Removal, as required by 28 U.S.C. §1446(a) and Local Rule 1.06(b) M.D. Fla.

8.      Pursuant to 28 U.S.C. §1446(d), Defendant will promptly provide written notice of this removal to all parties in this action and will file a copy of this Notice of and Petition for Removal in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida.

WHEREFORE, Defendant, LIGHT BULB DEPOT OF TAMPA, LLC, a Florida Limited Liability Company respectfully requests that the United States District Court for the Middle District of Florida, Tampa Division, accept the removal of this action from the state court and direct that the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, have no further jurisdiction of this matter unless and until this case is remanded.

## Local Rule 3.01(g) Certification

I certify that prior to filing this motion, I discussed the relief requested in this motion via email on April 7, 2025, with the opposing party and the opposing party responded indicating that conferral is not required.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th Day of April 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Telephone 813-452-2887
Facsimile 813-286-2900
Primary e-mail: anna.urie@csklegal.com
Secondary e-mail: kennedy.kimble@csklegal.com
Alternative e-mail:  korday.white@csklegal.com
Alternative e-mail: alyson.waller@csklegal.com

By:  */s/ Kennedy Kimble*

ANNA M. URIE
Florida Bar No.: 0127455
KENNEDY S. KIMBLE
Florida Bar No.: 1049921